IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

PABLO ESPINOSA CORCHADO

OMAYRA HERNANDEZ MENDEZ

DEBTOR(S)

CASE 10-09581-BKT

CHAPTER 13

**TRUSTEE'S REPORT ON CONFIRMATION**

1. A meeting of creditors pursuant to Section 341 was held on **November 16, 2010**. The meeting was (was not) duly attended by debtor(s) and their attorney.

2. The liquidation of the estate is: 0.00

3. With respect to the attached payment plan:

AMENDED PLAN DATE: April 25, 2011        PLAN BASE: $30,960.00

TRUSTEE'S COMMENTS AND RECOMENDATIONS DATED: 4/25/2011

☐ FAVORABLE        ☒ UNFAVORABLE

1. ☒ FEASIBILITY 11 USC § 1325(a)(6):
   After pymt received by trustee on 4/19/2011 in the amount of $375, debtors still have $375 in arrears.

2. ☐ INSUFFICIENTLY FUNDED § 1325(b):

3. ☐ UNFAIR DISCRIMINATION § 1322(b):

4. ☐ FAILS LIQUIDATION VALUE TEST § 1325(a)(4):

5. ☐ FAILS DISPOSABLE INCOME TEST § 1325(b)(1)(B):

6. ☐ DOES NOT PROVIDE FOR SECURED CREDITOR § 1325(a)(5):

7. ☐ OTHER:

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

Atty Fee:$3,000.00 /$600.00/$2,400.00

Atty: HATILLO LAW OFFICE* JAIME

/s/ Miriam Salwen Acosta

Miriam Salwen Acosta
USDC # 208910
For:
**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062